# Third District Court of Appeal

## State of Florida

Opinion filed March 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0195
Lower Tribunal No. F18-2025
_____

**Vincent Mitchell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Vincent Mitchell, in proper person.

Ashley Moody, Attorney General, for appellee.

Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.